UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BROADCAST MUSIC, INC., et al., | No. 1:22-cv-01062-AWI-SKO |
| Plaintiffs, | |
| v. | ORDER DIRECTING THE CLERK OF COURT TO CLOSE THE CASE |
| FERNANDO DELGADO, JR., doing business as Smokehouse Bar and Grill, | (Doc. 10) |
| Defendant. | |

On January 20, 2023, Plaintiffs filed a "Notice of Dismissal With Prejudice," in which Plaintiffs notify the Court that this case is voluntarily dismissed with prejudice. (Doc. 10.) Plaintiffs filed this notice before the opposing party served either an answer or a motion for summary judgment. As such, Plaintiffs have voluntarily dismissed this matter with prejudice pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure. The Court therefore DIRECTS the Clerk of Court to close this case.

IT IS SO ORDERED.

Dated:  **January 23, 2023**              /s/ *Sheila K. Oberto*
                                     UNITED STATES MAGISTRATE JUDGE